**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00206-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MARCO ANTONIO-DIAZ,
    a/k/a Marco Segundo-Torres,
    a/k/a Juan Diaz-Torres,

    Defendant.

## MINUTE ORDER[1]

    Due to a conflict arising on the court's calendar, the change of plea hearing set for Friday, June 25, 2010, at 3:00 p.m., is **VACATED** at that time and **RESET** to **10:30 a.m.**, on June 25, 2010. That to the extent necessary, the United States Marshal shall assist in securing the defendant's appearance for this hearing.

    Dated: June 22, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.